# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**FILED**
JAMES J. VILT, JR. - CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

JAN 03 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

LAZARUS McDonald
_____

(Full name of the Plaintiff(s) in this action)

v.

Transit Authority River City (TARC)
(Female) Bus driver
Emergency Medical Services of Louisville
(Female) Paramedic (1)
(Male) Paramedic (2)

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. **5:23-CV-2-BJB**
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Lazarus McDonald

Place of Confinement: Christian County Detention Center

Address: 410 W. 7th St. Hopkinsville, KY 42240

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Transit Authority of River City (TARC)_ is employed as _Company_ at _Transit Authority of River City (TARC)_

The Defendant is being sued in his/her (✓) individual and/or (___) official capacity.

(2) Defendant _(Female) Bus driver_ is employed as _Bus driver_ at _Transit Authority of River City (TARC)_

The Defendant is being sued in his/her (✓) individual and/or (___) official capacity.

(3) Defendant _Emergency Medical Services of Louisville_ is employed as _Company_ at _Emergency Medical Services of Louisville_

The Defendant is being sued in his/her (✓) individual and/or (___) official capacity.

(4) Defendant _(Female) ParaMedic (1)_ is employed as _ParaMedic_ at _Emergency Medical Services of Louisville_

The Defendant is being sued in his/her (✓) individual and/or (___) official capacity.

2

(5) Defendant **Male) Paramedic (2)** is employed as **Paramedic** at **Emergency Medical Services of Louisville**

The Defendant is being sued in his/her (✓) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): **N/A**

Defendant(s): **N/A**

Court (if federal court, name the district. If state court, name the county): **N/A**

Docket number: **N/A**

Name of judge to whom the case was assigned: **N/A**

Type of case (for example, habeas corpus or civil rights action): **N/A**

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): **N/A**

Approximate date of filing lawsuit: **N/A**

Approximate date of disposition: **N/A**

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Transit Authority of River City (TARC) was negligent in their ownership, and operation and vicariously responsible for the contributory negligence actions of the bus driver and responsible for its negligent hiring, training, supervising and retention of the bus driver. On February 05, 2021 I stopped the TARC bus on Poplar Level Road headed downtown Louisville. This was the last bus headed downtown for the night. I entered the bus at a bus stop in front of Speedway gas station. I had a beer and a bag of chips in a grocery bag (the beer was unopened) After boarding the bus I took a seat in the back of the bus were two older white females were also seated. After going about 10 minutes down the road the bus driver stopped

III. STATEMENT OF CLAIM(S) continued

At a bus stop that was down inside a bowl, there were no businesses in the area and it was pitch dark without any street lights available. However after the bus driver stop she asked the 2 older females were it okay if she can take a break because she was 2 minutes early. However as soon as the 2 women agreed a drunk driver came over the hill doing over 60 mph and rammed straight into the back of the bus at full speed totaling a med size SUV truck. because of the force of the impact I was thrown from my seat were I suffered head, neck, knee and back injuries, Actually I passed out and when I came to (Female) paramedic(s) was asking me my name and asking me could I get up from the bus floor. After trying several times I advised her that I could not move and out of the blue she grabbed me by the hoodie of my sweater and started snatching me by the neck yelling for

5

page 3

# Continuation Statement of Claims

me to get up or she can't help me, I told her I can't feel my legs and that I could not move, again she grabbed me by my hoodie and started pulling me by the neck yelling for me to get off the floor or she could not help me, at which point I started yelling to her that she was choking me and that I could not breathe, at which point male paramedic(2) came on the bus with a stretcher, after placing me on the stretcher they placed me in the back of the (EMS) Ambulance vehical, However as soon as I was in the back female paramedic(1) and male paramedic(2) started asking me name but I was so emotionally spent from paramedic(1) choking me all I could do was cry and I could not speak, that's when female paramedic and male paramedic started using profanity words calling me pussies and whossies and telling me that they should put me out the truck into the freezing rain. However the bus driver was in the back of the Ambulance also and when she

## Continuation Statement of Claims

started crying and vomitting because of the way Female Paramedic(1) and male paramedic(2) was treating me, both paramedics left me alone. However after reaching the hospital paramedic(1) and paramedic(2) continue to badger me about me telling them my name at which point I was physically and mentally and emotionally drained and refused to speak with them so they wheeled me to the back of the hospital and placed me in a room where I didn't get any medical attention until at least 2-3 hours where I layed in that room in mental and physical pain and agony. I am suing the bus driver for contributory negligence

Emergency Medical Services of Louisville was vicariously responsible and negligent acting through its officers, agents, and or employees and the negligent hiring, training, supervising and retention of its employees

PAGE 5

## Continuation Statement of Claims

I am suing (Female) Paramedic (1) and (Male) Paramedic (2) for intentionally, willfully, or in wanton and reckless disregard violated my constitutional rights and acted outside the scope of his and her employment violating my 1st and 8th Amendments to the constitution. Because of the accident it caused organic brain damage which caused me permanent impairment of earning power to recieve money from donating Plasma in the State of Kentucky. To this day I am still having emotional distress and physical distress from my knee, back and neck. I have anixety attacks when I think I may need assistance from paramedics and refuse their assistance.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 50,000 per defendant

___ grant injunctive relief by _____

___ award punitive damages in the amount of $ 100,000 per defendant

✓ other: Exemplary damages 100,000 per defendant
Compensatory damages 4,000.00 per defendant

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 26 day of December, 2022

*Lazarus McDonald*
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 12/27/2022

*Lazarus McDonald*
(Signature)

6

LAZARUS McDonald 277694
Christian County JAIL
cell 981
410 West 7th St.
Hopkinsville, KY. 42240

**FILED**
JAMES J. VILT, JR. - CLERK
JAN 0 3 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

601 West Broadway, RM 106
Gene Snyder United States Courthouse
Louisville, KY. 40202